# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANNETTA M. JACKSON, | Case No. 3:16-cv-00490 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| NANCY A. BERRYHILL, Commissioner Of The Social Security Administration, | |
| Defendant. | |

## DECISION AND ENTRY

This social security case is before the Court on the parties' Joint Motion to Remand to the Commissioner. (Doc. #9). The parties agree that upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand to the Commissioner (Doc. #9) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

5-2-17

Walter H. Rice
United States District Judge